# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1272
_____

TAVARES HICKS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Francis J. Allman, Jr., Judge.

May 14, 2024

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tavares Hicks, pro se, Appellant.

Ashley Moody, Attorney General, and Robert Charlie Lee, Assistant Attorney General, Tallahassee, for Appellee.